UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT PLATT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SODEXO, S.A. and SODEXO, INC.,<br><br>　　　　Defendants - Appellants. | No. 23-55737<br><br>D.C. No. 8:22-cv-02211-DOC-ADS<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered August 04, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT