1  Michael M. Kowsari
2  Michael.Kowsari@jacksonlewis.com
   **JACKSON LEWIS P.C.**
3  200 Spectrum Center Drive, Suite 500
   Irvine, CA 92618
4  Telephone:  (949) 885-1360
5  Facsimile:   (949) 885-1380

6
   René E. Thorne (admitted pro hac vice)
7  Rene.Thorne@jacksonlewis.com
   Timothy P. Doolin (admitted pro hac vice)
8  timothy.doolin@jacksonlewis.com
9  **JACKSON LEWIS P.C.**
   601 Poydras Street, Suite 1400
10 New Orleans, Louisiana 70130
11 Telephone:  (504) 208-1755
   Facsimile:   (504) 208-1759
12
13 Counsel for Defendants,
   SODEXO, S.A. and SODEXO, INC.
14

15 UNITED STATES DISTRICT COURT

16 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLATT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SODEXO, S.A. and SODEXO, INC.,<br><br>　　　　Defendants. | CASE NO. 8:22-cv-2211-DOC-ADS<br>Judge: Hon. Judge David O. Carter<br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br>*Memorandum of Points and Authorities, Declarations of René E. Thorne and Timothy P. Doolin, and [Proposed] Order Submitted Concurrently.*<br>Hearing Date:  None, to be determined on the papers per Court order.<br>Complaint Filed:   December 8, 2022<br>Trial Date:  December 7, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 24, 2025, at 8:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom 10A of the United States District Court for the Central District of California, Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, California 92701, before the Honorable David O. Carter (or in such other courtroom or before such other judge as the Court may designate), Defendants, Sodexo, S.A. and Sodexo, Inc., will and hereby do move this Court for an order:

1. Dismissing, pursuant to the Federal Rule of Civil Procedure ("FRCP") 12(b)(6), Plaintiff's First Amended Class Action Complaint (ECF No. 28) in its entirety for failure to state a claim upon which relief can be granted, with prejudice, and granting such other and further relief as the Court deems just and proper.

2. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of René E. Thorne and Timothy P. Doolin, the [Proposed] Order and accompanying exhibits, and the complete files and records in this action, as well as any additional argument and evidence provided at or before the time of the hearing, and any other information the Court deems necessary.

3. Specifically, Defendants contend that Plaintiff has failed to plausibly allege a violation of ERISA's provisions related to wellness programs, *see* 29 U.S.C. § 1182; 42 U.S.C. § 300gg-4, which necessitates dismissal of all his claims. Plaintiff's statutory claims under ERISA § 502(a)(3) (Counts I & II) and contractual denial of benefit claim (Count IV) under ERISA § 502(a)(1)(B) should also be dismissed as untimely under the applicable three-year limitations period. Count IV should also be dismissed because Plaintiff failed to exhaust available administrative remedies before filing suit, and, at any rate, the claim lacks substantive merit. Finally, Plaintiff's breach of fiduciary duty and prohibited transactions claim under ERISA § 502(a)(2) (Count III) should be dismissed because Plaintiff has not plausibly alleged harm to the Plan or that Defendants violated their fiduciary duties or engaged in prohibited transactions.

4. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 9, 2025 via telephone. *See* Timothy P. Doolin Declaration, ¶2, filed concurrently herewith.

Dated: October 23, 2025

JACKSON LEWIS P. C.

By: */s/ René E. Thorne*
Michael M. Kowsari
René E. Thorne (admitted pro hac vice)
Timothy P. Doolin (admitted pro hac vice)

Attorneys for Defendants,
SODEXO, S.A. and SODEXO, INC.

4899-6395-0956, v. 2